**MORGAN, LEWIS & BOCKIUS LLP**
BENJAMIN P. SMITH, Bar No. 197551
Benjamin.smith@morganlewis.com
LOUIS Y. LEE, Bar No. 315753
Louis.lee@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tele: +1.415.442.1000
Fax: +1.415.442.1001

Attorneys for Plaintiffs
C S BIO CO. and CCS MANAGEMENT, LLC

**BUCHALTER**
A Professional Corporation
PETER G. BERTRAND (SBN: 87883)
CHERYL M. LOTT (SBN: 232548)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Fax: (213) 896-0400
Email: clott@buchalter.com

Attorneys for Defendant
COMERICA BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C S BIO CO. and CCS MANAGEMENT, LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>COMERICA BANK<br><br>　　　　　　　Defendant. | No. 4:22-cv-05033-RS<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

　　　　Pursuant to the stipulation of the parties, and for good cause showing, the Court orders as follows:

//

//

//

//

//

1. Comerica's deadline to respond to the First Amended Complaint is extended to December 26, 2022.
2. Plaintiff's deadline to oppose any motion Comerica may file in relation to the First Amended Complaint is extended to January 23, 2023.
3. The Case Management Conference currently set for December 22, 2022, is continued to  March 9, 2023 at 10:00 am . Joint Case Management Statement due on March 2, 2023.

IT IS SO ORDERED,

Dated:  12/8/2022

_____
UNITED STATES DISTRICT JUDGE