UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C S BIO CO., et al., <br><br> Plaintiffs, <br><br> v. <br><br> COMERICA BANK, <br><br> Defendant. | Case No. 22-cv-05033-RS <br><br> **JUDGMENT** |

Pursuant to the order granting defendant's motion for summary judgment filed this date, judgment is hereby entered in favor of defendant and against plaintiffs.

**IT IS SO ORDERED**.

Dated: January 15, 2026

_____
RICHARD SEEBORG
Chief United States District Judge